# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135814

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,
Robert P. Young, Jr.
Stephen J. Markman,
Justices

v

SC: 135814
COA: 279559
Livingston CC: 06-016268-FC

SEAN MICKEL WILSON,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 24, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

Clerk

t0421